THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. CATHARINE THORN AIKEN MALONEY, Respondent.— Order unanimously affirmed, with

* Amdg. Greater New York Charter (Laws of 1901, chap. 466), § 1556. — [REP.

costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.